RECEIVED
MAY 26 2021
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

IN RE: **ELMO FRED ROGERS**　　　　CASE NO: **17-10745**

### APPLICATION AND NOTICE FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant(s) identified below, who avers that the unclaimed funds requested below are now on deposit in the Treasury of the United States and that claimant is the rightful owner of said funds. Accordingly, claimant(s) petitions the Court for an Order directing payment of the unclaimed funds to claimant(s) at the address listed below.

NAME OF CLAIMANT: **Adams & Cohen, LLC as assignee of Margaret B Rogers**
NAME OF CO-CLAIMANT:
CURRENT ADDRESS: **P O Box 24048**
**Jacksonville, FL 32241**

TELEPHONE NUMBER: **904-204-9148**

| Held in the name of: | Date of Transmittal | Amount |
|---|---|---|
| Elmo Fred Rogers (Deceased) | February 25, 2021 | $6,262.64 |

TOTAL Amount of Unclaimed Funds Requested: **$6,262.64**

Claimant(s) certifies under penalty of perjury that all statements made by Claimant(s) on this petition and any attachments are, to the best of Claimant(s) knowledge, true and correct and that a copy of this petition has been mailed to the U.S. Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101 and, if not the movant, enter debtor(s) name and address

Parties have 21 days to object to this application. If an objection is filed, the court will set and notice it for a hearing. The filing and entry of this application on the docket of the case in CM/ECF shall constitute notice by electronic service pursuant to LBR 9036-1.

Date: **May 19, 2021**

Individual Claimant/Co-claimant:　　Business Claimant:

Claimant's Signature　　Business Representative Signature
　　　　　　　　　　　　**Jairo Camargo/ Managing Partner**
Co-claimant's Signature (if applicable)　　Printed Name/Title

State of **Florida**

Parish/County of **Duval**

Subscribed and sworn to before me this **19th** day of **May**, 20**21**.



Oslenys B Alba
Comm. # GG324795
Expires: May 13, 2023
Bonded Thru Aaron Notary

Notary Public
My commission expires: **5/13/23**

# United States Bankruptcy Court
## Western District of Louisiana

In Re:

**Elmo Fred Rogers**

Debtor(s)

) Case No. 17-10745
)
)
) Chapter 13
)

## CERTIFICATE OF SERVICE

Notice is hereby given that on 5-19-21, a copy of the Motion for Payment of Unclaimed Funds was served on the U.S. Attorney, U.S. Trustee, and Claimant (Spouse of deceased Debtor), per 28 U.S.C., Section 2042, at the following addresses by U.S. Mail:

U.S. Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101

U.S. Trustee
Todd S Johns
P O Box 1770
Shreveport, LA 71166

Margaret B Rogers, Spouse of
Elmo Fred Rogers, Deceased Debtor
514 W 84th Street
Shreveport, LA 71106

_____
Jairo Camargo
**ADAMS & COHEN, LLC**

# ASSIGNMENT

This Assignment Agreement ("Agreement") is entered into on this 12th day of April, 2021 by and between **Margaret B Rogers**, for the Estate of Elmo Fred Rogers, 514 W 84th Street, Shreveport, LA 71106 f ("Assignor") and **Adams & Cohen, LLC**, a Florida Limited Liability Company, 841 Prudential Drive, Suite 1200, Jacksonville, FL 32207 ("Assignee").

1. Assignor is/ was a creditor in Bankruptcy Case # 17-10745 Debtor(s): Elmo Fred Rogers and filed in the United States Bankruptcy Court of the Western District of Louisiana ("Bankruptcy Case"). In his/ capacity as creditor, Assignor was entitled to a distribution of funds in the amount of $6,262.64 ("Funds"), remittance was attempted by the Trustee at the Assignor's last known address. Such remittance was not negotiated, however, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee remitted the funds to the Clerk of the Court for payment on to the Registry of Unclaimed Funds. Such Funds are subject to withdrawal as provided by 28 U.S.C. 2042.

2. Rather than attempting to collect the Funds- and in an effort to both save the expense of such a collection, as well as to expedite the liquidating of their interest in the Funds- Assignor desires to legally assign his/ her interest in such Funds and Assignee desires to purchase and obtain such interest in the Funds. Therefore, with both parties being of sound mind, and operating in the manner in which they deem to be in their mutual best interest, Assignor shall convey all rights, title and interest that Assignor has in the Funds and the Claim which generated same, and Assignee shall purchase all rights, title and interest that Assignor has in the funds and such Claim as generated same.

3. For Good and valuable consideration, the Assignor does hereby irrevocably transfer and assign to Assignee and assigns, all of his/ her rights, title and interest to Assignee in reference to this Claim/ Funds.

4. **Consideration**: The consideration herein given by Assignee to Assignor shall be the sum of $4,175.10 which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved.

5. This assignment shall be deemed an absolute and unconditional assignment of Claim for the purpose of collection, satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Assignor hereby irrevocably appoints Assignee, Adams & Cohen, LLC, as its true and lawful attorney-in-fact to act in Assignor's stead with respect to the Claim/ Funds assigned.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEHEOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the above Date of this Agreement.

ASSIGNOR: Margaret B Rogers

Signature: *Margaret B Rogers*

ASSIGNEE: Jairo Camargo for Adams & Cohen, LLC

Signature: *Jairo Camargo*

On this 19th day of May, 2021. I, Jairo Camargo Certify that the preceding or attached document titled __Assignment Agreement__ ( 1 ) Page(s), is a true, accurate, complete redacted copy of the original being kept at 201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131.

Oslenys Alba- Notary Public State of Florida
My Commission expires May 13, 2023

Oslenys B Alba
Comm. # GG324795
Expires: May 13, 2023
Bonded Thru Aaron Notary

# ADAMS & COHEN

841 Prudential Drive, Suite 1200
Jacksonville, FL 32207-1105
E-mail: admin@adamscohen.com

Tel 904-204-9148
Fax 888-978-2226

## NOTICE OF ASSIGNMENT

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, **Margaret B Rogers** ("Assignor") hereby assigns, conveys and transfers over and unto Adams & Cohen, LLC ("Assignee"), any and all of right, title and interest in and to the below reference claim/ funds:

The Assigned claim/ funds:

Court: U.S. Bankruptcy Court Western District of Louisiana
Case Number: 17-10745
Debtor(s): Elmo Fred Rogers
Claim #: Scheduled

CLAIM IS ASSIGN "AS IS", WHERE IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of: April 12th 2021

_Signature: Margaret B Rogers_

On this 19th day of May 2021. I, Jairo Camargo Certify that the preceding or attached document titled Notice of Assignment ( 1 ) Page(s), is a true, accurate, complete Redacted copy of the original being kept at 201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131.

Oslenys Alba- Notary Public State of Florida
My Commission expires: May 13, 2023



Oslenys B Alba
Comm. #GG324795
Expires: May 13, 2023
Bonded Thru Aaron Notary



A+ Rating    State of Florida License: A9900096    adamscohen.com

Standard Form 1055
Rev. March 1999
Title 4, GAO Manual

# CLAIM AGAINST THE UNITED STATES
# FOR
# AMOUNTS DUE IN THE CASE OF A DECEASED CREDITOR

Wife

1. I/we, the undersigned, hereby make claim as _____**Wife**_____ for amounts due from the
(Relationship)
United States in the case of **Elmo Fred Rogers, Jr.** who died on the **2nd** day
(Name of decedent)
of **January**, **2021**, while domiciled in the State of **Louisiana**

2. The basis of this claim is as **Unclaimed funds from the U S Bankruptcy Court of Louisiana**
   Amount $6,262.64

(State nature of claim, amount, name and location of Department or Agency involved)

3. Has there been or will there be appointed an executor or administrator of the decedent's estate?
**No** ("Yes" or "No".) If the answer is "Yes," the following statement should be completed:

I/we have been duly appointed _____ of the estate of the deceased, as evidenced
(Executor or Administrator)
by certificate of appointment herewith, administration having been taken out in the interest of:

_____
(Name, address, and relationship of interested relative or creditor)

and such appointment is still in full force and effect.

(If making claim as the executor or administrator of the estate of the deceased, no witnesses are required, but a short certificate of letters testamentary or of administration must be submitted.) (If you are the executor or administrator of the estate of the deceased, disregard paragraphs 4, 5, and 6.)

4. If an executor or administrator has not been or will not be appointed, the following information should be furnished:
The deceased is survived by-

Name

Widow or widower (if none, so state): **Margaret B Rogers (Wife)**

Children (if none, so state):

| Name | Age (if under 21) | Street Address, City, State, and ZIP Code |
|---|---|---|
| Ronald Rogers, 514 W 84th street, Shreveport, LA 71106 | | |

Grandchildren (list only the children of deceased children--if none, so state):

| Name | Age (if under 21) | Street Address, City, State, and ZIP Code | Name of deceased parent of grandchild |
|---|---|---|---|
| Natya R Rogers, 143 N Greenwood Loop, Shreveport, LA 71106 | | | |

If no child or grandchild survives, enter below the following:

|  | Name | Street Address, City, State, and ZIP Code |
|---|---|---|
| Father (if deceased, so state): | Elmo Fred Rogers, Sr. (Deceased) | |
| Mother (if deceased, so state): | Rosy Rogers (Deceased) | |

Brothers and sisters (if none, so state):

| Name | Age (if under 21) | Street Address, City, State, and ZIP Code |
|---|---|---|
| Rosetta Rogers | | 4585 N. Market St. #821 Shreveport, LA 71107 |
| Lois Rogers-Coleman | | 9774 Wallace Lake Rd Shreveport, LA 71106 |

Nephews and nieces (list only the children of deceased brothers or sisters-if none, so state):

| Name | Age (if under 21) | Street Address, City, State, and ZIP Code | Name of deceased parent of nephew or niece |
|---|---|---|---|
| Lavon C. Rogers | | 9534 Royalton Drive Shreveport, LA 71106 | |

5. Have the funeral expenses been paid? —— Yes —— ("Yes" or "No.") (If paid, receipted bill of the undertaker must be attached hereto.)

6. Whose money was used to pay the funeral expenses? __Margaret B Rogers__
   (If funeral expenses were paid from the proceeds of an insurance policy, state the name of the beneficiary of such policy. _____)

**FINES, PENALTIES, and FORFEITURES** are imposed by law for making of false or fraudulent claims against the United States or the making of false statements in connection therewith.

| Margaret B Rogers  4-13-21 | n/a |
|---|---|
| (Signature of claimant) (Date) | (Signature of claimant) (Date) |
| 514 W 84th Street | n/a |
| (Street address) | (Street address) |
| Shreveport, LA 71106 | n/a |
| (City, State, and ZIP code) | (City, State, and ZIP code) |

## TWO WITNESSES ARE REQUIRED

We certify that we are well acquainted with the __Margaret B Rogers__ (Name of claimant(s))
and that the signature(s) of the claimant(s) was (were) affixed in our

| Sandra Stewart | Annie M. Brown |
|---|---|
| (Signature of witness) | (Signature of witness) |
| 545 E 74 St | 8150 Hwy 171 |
| (Street address) | (Street address) |
| Shreveport, La 71106 | Grand Cane, La 71032 |
| (City, State, and ZIP code) | (City, State, and ZIP code) |

**All unnegotiated Government checks in possession of the claimant, drawn to the order of the decedent and involved in the claim, shall accompany this claim application.**

# ADAMS & COHEN

841 Prudential Drive, Suite 1200  
Jacksonville, FL 32207  
E-mail: admin@adamscohen.com

Tel 904-204-9148  
Fax 888-978-2226

## CORPORATE POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Jairo Camargo, Managing Partner, and Sole Owner of Adams & Cohen, LLC**, acting on its behalf hereby state that as such, I am authorized to file applications, affidavits and or motions on behalf of **Adams & Cohen, LLC** for our clients who are seeking recovery of unclaimed, undistributed, or undelivered tenders of funds belonging to them held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this 19th day of May, 2021.

Corporate Seal

By _____  
Jairo Camargo

State/ Providence of __Florida__

The above-named __Jairo Camargo__ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____  
Oslenys B. Alba, Notary Public-State of Florida

Oslenys B Alba  
Comm. #GG324795  
Expires: May 13, 2023  
Bonded Thru Aaron Notary



A+ Rating   State of Florida License: A9900096

adamscohen.com

# 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L08000097952

**Entity Name:** ADAMS & COHEN, LLC

**Current Principal Place of Business:**
841 PRUDEMTIAL DRIVE
SUITE 1200
JACKSONVILLE, FL 32207

**Current Mailing Address:**
P.O. BOX 24048
JACKSONVILLE, FL 32241 US

**FEI Number:** 26-3552751

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GORMAN, LENARD H ESQ.
9100 S. DADELAND BLVD.
10TH FLOOR
MIAMI, FL 33156 US

FILED
Apr 21, 2021
Secretary of State
6245534218CC

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: LENARD H GORMAN                                        04/21/2021
           Electronic Signature of Registered Agent                Date

**Authorized Person(s) Detail :**

Title            MGR
Name             CAMARGO, JAIRO
Address          P.O. BOX 24048
City-State-Zip:  JACKSONVILLE FL 32241

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JAIRO CAMARGO                          MANAGING PARTNER       04/21/2021
           Electronic Signature of Signing Authorized Person(s) Detail   Date