**Claimant failed to provide required documentation. Where the documentation was determined to be deficient, the claimant was afforded the opportunity to cure the deficiency to no avail.**

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED June 17, 2021.**

_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# United States Bankruptcy Court
## Western District of Louisiana
**Judge:** John S. Hodge

**In Re:**
  *Debtor(s):*
    Elmo Fred Rogers

**Chapter:** 13
**Case Number:** 17−10745

~~DENIED~~

### ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the total amount of **$6262.64** as supported by the transmittal(s) listed in the petition for payment are being held in the Registry of this Court in the above captioned bankruptcy case, and that Claimant has petitioned the court for payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of **$6262.04** payable to **Adams & Cohen, LLC and mailed to: As assignee of Margaret B. Rogers P.O. Box 24048 Jacksonville, FL 32241**.

###

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0536-5 | User: pallen | Page 1 of 2 |
| Date Rcvd: Jun 17, 2021 | Form ID: pdf8 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elmo Fred Rogers, 514 W. 84th Street, Shreveport, LA 71106-5316 |
| | + Adams & Cohen, LLC, Margaret B. Rogers, P.O. Box 24048, Jacksonville, FL 32241-4048 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| First Heritage Credit of Louisiana, LLC | bknotice@rogerscarterlaw.com |
| Keith M. Welch | on behalf of Debtor Elmo Fred Rogers keithw@simonfitzgerald.com<br>smiller@simonfitzgerald.com;nmurphy@simonfitzgerald.com;keith@ecf.inforuptcy.com;debbie@simonfitzgerald.com |
| Kevin J. Payne | on behalf of Creditor First Heritage Credit of Louisiana  LLC bknotice@rogerscarterlaw.com |
| Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| Todd Johns (Ch 13 Trustee) | ecf@shrevech13.com |